JOHN ABBOTT AND ELIJAH CONVERSE (FOR THE USE OF THOMAS EMERSON) *versus* JOHN BURTIS.

JOURNAL ENTRIES (1829–31): *Journal 4:* (1) Motion for rule to amend return to certiorari *p. 318; (2) motion for rule to amend return to certiorari *p. 320; (3) rule for additional return *p. 321; (4) motion for rule to assign errors, rule for further return *p. 326; (5) rule to assign errors *p. 330; (6) case argued, submitted *p. 423; (7) judgment affirmed, judgment *p. 436.

PAPERS IN FILE: (1) Affidavit, petition, and precipe for certiorari, allocatur; (2) writ of certiorari, copies of affidavits; (3) return to writ of certiorari; (4) affidavit for further return; (5) motion for further return; (6) copy of rule for additional return, additional return; (7) motion for further return; (8) copy of rule for further return, further return; (9) assignment of errors; (10) joinder in error; (11) precipe for fi. fa.; (12) writ of fi. fa. and return; (13–15) statements of accounts.

*1824–36 Calendar,* MS p. 200.

GEORGE HENDERSON, MONIQUE HENDERSON (LATE MONIQUE LAFOY), ANGELIQUE LAFOY, PIERRE LAFERTÉ, MARIE LAFERTÉ (WIFE OF SAID PIERRE), ANN LAFOY, ELIZABETH LAFOY, CATHARINE LAFOY, AND VICTOIRE LAFOY (THE SAID CATHARINE AND VICTOIRE BEING MINORS BY THEIR NEXT FRIEND, MONIQUE HENDERSON) *versus* MARY BAGNELL, LOUIS LOGNON, GILBERT LOGNON, LUCY LOGNON, AND MOSES LOGNON (BY MARY BAGNELL, THEIR GUARDIAN).

JOURNAL ENTRIES (1829–30): *Journal 4:* (1) Guardian ad litem appointed *p. 318; (2) motion for final decree *p. 351; (3) decree *p. 371.

PAPERS IN FILE: (1) Bill of complaint; (2) motion for appointment of guardian ad litem; (3)

answer; (4) decree signed by all of the judges. *Chancery Case* 125 of 1829.

HARMON CHAMBERLAIN *versus* ERY W. COBB.

JOURNAL ENTRIES (1829–31): *Journal 4:* (1) Motion for rule to show why return not made to certiorari *p. 322; (2) rule to show cause *p. 345; (3) motion to dismiss *p. 358; (4) dismissed *p. 365; (5) motion to restore to docket and for rule to show cause *p. 383; (6) motion to restore and for rule to show cause argued, submitted *p. 422; (7) case restored to docket, rule to make return *p. 426; (8) rule to make return extended, motion to strike from docket overruled, motion to set aside supersedeas *p. 449; (9) judgment of non pros. *p. 480.

PAPERS IN FILE: (1) Affidavit and petition for certiorari and supersedeas, allocatur; (2) bond for certiorari and supersedeas; (3) writ of supersedeas and proof of service; (4) motion for rule to show cause why return not made to certiorari; (5) affidavit of Cyprian Stevens; (6) motion to dismiss for want of a return; (7) motion to restore to docket, etc.; (8) affidavit of Ery W. Cobb; (9) affidavit of Cyprian Stevens; (10) motion to extend rule to make return; (11) motion to strike from docket; (12) motion to set aside supersedeas; (13) copy of rule to make return; (14) return to certiorari.

*1824–36 Calendar,* MS p. 195.